# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Levonna Wilkins, on behalf of herself and all others similarly situated,

Plaintiff,

v.

Just Energy Group, Inc., et al,

Defendants.

Case No. 13 C 5806
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $          ,

    which ☐ includes       pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

___

☒ in favor of defendants Just Energy Group, Inc., et al. and against plaintiffs Levonna Wilkins, and others similarly situated.

Defendants shall recover costs from plaintiff.

___

☐ other:

___

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge       on a motion

Date: 8/12/2019

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk